IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV -2 P 4:23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REESE & HOWELL, INC.      )
                          )
        Plaintiff,        )
                          )
v.                        )      CIVIL ACTION NO. 2:06CV998-WKW
                          )
LEON CARMICHAEL, SR.;     )
UNITED STATES OF AMERICA, )
                          )
        Defendants.       )

<u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1442, defendant the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, hereby removes this action from State Court to this Court.  In support of this removal, the United States represents as follows:

1.    The United States is a named defendant in the above-captioned civil action which is pending in the Circuit Court of Montgomery County, Alabama, Civil Action No. CV-03-2988.    In accordance with 28 U.S.C. § 1446, a copy of all process, pleadings, and orders served upon the United States is attached.

2.    Title 28 U.S.C. § 1442 (a)(1) provides that any civil action commenced in a State court against the "United States or any agency thereof" may be removed to the District Court.

3.    Plaintiff, Reese & Howell, Inc., is asserting a mechanic's lien under Alabama law in an amount in excess of $182,000 for work that it allegedly performed on the Carmichael

Center. *See,* Complaint, Count III. That property was forfeited to the United States pursuant to 21 U.S.C. § 853 following a criminal trial. *U.S. v. Leon Carmicael*, et al, Cr. No. 2:03cr259-T (M.D. Ala.)

4.    Claims against forfeited property are controlled by 21 U.S.C. § 853. A party seeking to assert an interest in forfeited property must establish that it had a legal right, title, or interest in the property and that this right, title, or interest was vested in that party, rather than the criminal defendant, at the time of the acts giving rise to the forfeiture. 21 U.S.C. § 853 (n)(6)(A). Alternatively, the party must establish that it is a bona fide purchaser for value. 21 U.S.C. § 853 (n)(6)(B). This statute provides a colorable federal defense to this action. *See, Mesa v. California*, 489 U.S. 121, 133 (1989).

5.    Plaintiff has filed a petition in the federal criminal case, *U.S. v. Carmichael*, seeking to assert a right, title, or interest in the forfeited property, and that issue is currently being litigated in this Court.

WHEREFORE, the United States prays that the captioned case be removed from Circuit Court of Montgomery County, to the jurisdiction of this Court.

Respectfully submitted this 1st day of November, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

John T. Harmon [HAR108]
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing Notice of Removal by placing a copy of the same in the United States Mail, properly addressed and postage prepaid, this 1st day of November, 2006, as follows:

W. Joseph McCorkle, Jr., Esq.
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104.

John T. Harmon [HAR108]
Assistant United States Attorney

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| REESE & HOWELL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. CV-03-2988 |
| LEON CARMICHAEL, SR. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## AMENDED COMPLAINT

Defendant Reese & Howell, Inc. ("R&H") asserts the following amended Complaint against Defendants Leon Carmichael, Sr. ("Carmichael") and the United States of America:

1.    R&H is an Alabama corporation with its principal place of business in Montgomery County, Alabama.

2.    Defendant Carmichael is a resident of Montgomery County, Alabama and is above the age of nineteen (19) years.

3.    The United States of America's Federal Marshals Service is in possession of proceeds against which R&H holds a valid materialman's/mechanic's lien interest.

3.    This Court has jurisdiction over this matter and venue is proper.

## FACTS

4.    On or about, R&H entered into a contract agreement with Carmichael to perform work and labor on the property commonly known as The Carmichael Center which is located at 150 E. Fleming Road, Montgomery, Alabama.  A copy of the contract between R&H and Carmichael is attached hereto as Exhibit "A".

5.    R&H did work and labor for and provided materials and supplies to Carmichael at his request.

6.    Defendant Carmichael was billed for unpaid services, materials, and supplies provided by R&H.  The total amount owed for R&H's services and materials and supplies was $182,367.28.  Carmichael has failed to make payment in this amount to R&H.  Copies of the invoices for unpaid labor and materials and labor are attached as Exhibit "B".

7.    Carmichael was indicted by a United States Grand Jury on November 19, 2003.

8.    The United States filed a *lis pendens* in the Probate Court of Montgomery County, Alabama giving notice of a forfeiture action against the Carmichael Center property on December 19, 2003.

9.    Upon Carmichael's conviction in the United States District Court for the Middle District of Alabama ("Middle District"), the United States became the owner of the Carmichael Center through forfeiture pursuant to 21 U.S.C. § 853.

10.    On June 28, 2006, this Court granted a joint motion to transfer R&H's lien from the Carmichael Center to the proceeds received by the United States from the interlocutory sale of the Carmichael Center.

11.    The interlocutory sale of the Carmichael Center was completed on June 28, 2006 and the United States Marshal's Service is holding the proceeds from that sale.  A true and correct copy of the United States Marshal's status report is attached as Exhibit "C."

## COUNT I

12.    R&H realleges and reasserts each and every paragraph set forth above as if fully set out herein.

13.    Carmichael owes R&H the sum of $182,367.28 due by account stated.

2

WHEREFORE, R&H demands judgment against Leon Carmichael, Sr. in the amount of $ 182,367.28, plus interest, costs, and attorneys fees.

## COUNT II

14.    R&H realleges and reasserts each and every paragraph set forth above as if fully set out herein.

15.    Carmichael owes R&H the sum of $182,367.28 due by breach of contract.

WHEREFORE, R&H demands judgment against Leon Carmichael, Sr. in the amount of $182,367.28, plus interest, costs, and attorneys fees.

## COUNT III

16.    R&H realleges and reasserts each and every paragraph set forth above as if fully set out herein.

17.    At the time this counterclaim was filed, Defendant Carmichael was the owner of the property commonly known as The Carmichael Center located and situated at 150 E. Fleming Road, Montgomery, Alabama.

18.    R&H furnished certain building materials, supplies, and work for the improvement of the above-described real property owned by Carmichael.

19.    The above-described property was substantially enhanced in value by virtue of the materials, supplies, and work.

20.    Plaintiff filed in the Office of the Judge of Probate of Montgomery County, Alabama, on November 19, 2003, a verified statement of lien which is recorded in Real Property Book 2780 Page 14, wherein the R&H claims a mechanic's lien against the above-described real property, buildings and improvements. A copy of the verified statement of lien is attached as Exhibit "D" and is incorporated by reference as if set out here in full.

3

21.    Upon the Order by this Court, R&H's lien interest was transferred from the Carmichael Center to the proceeds held by the United States Marshal's Service arising from the interlocutory sale of the Carmichael Center.

22.    R&H avers that Carmichael owes R&H the sum of $182,367.28, plus interest, by virtue of the materials, supplies and labor referenced above.    Despite R&H's demand for payment, this amount remains due and owed.

WHEREFORE, R&H prays that Carmichael and the United States be made a parties to this claim, that they be served with a copy of the amended complaint, and that they be required to plead or answer to same within the time required by law or else suffer default judgment to be issued against either or both of them, as may be appropriate.    Plaintiff further prays that upon a final hearing of this cause, the Court will make and enter an Order of Judgment as follows:

A.    That a money judgment be entered in favor of R&H and against Carmichael and the United States in the amount of $182,367.28, plus interest and costs;

B.    That a mechanic's lien be fixed and established on the proceeds held by the United States Marshal's Service from the interlocutory sale of the Carmichael Center as described above in favor of the R&H, in the amount of the money judgment, and that said proceeds be delivered to R&H in satisfaction of the lien;

C.    For a judgment for any such further, different, and general relief to which R&H may be entitled

4

Respectfully submitted this 27th day of September, 2006.


One of the Attorneys for Plaintiff
Reese & Howell, Inc.

**OF COUNSEL:**

W. Joseph McCorkle, Jr. (MCC056)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid, on this the 27th day of September, 2006:


J. Knox Argo, Esq.
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, AL 36117

John T. Harmon
U.S. Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197


Of Counsel

To be served along with a copy if the Summons upon the United States Attorney for the Middle District of Alabama

# EXHIBIT A



**R E E S E   A N D   H O W E L L ,   I N C .**

THE STATE OF ALABAMA          ]

COUNTY OF <u>Montgomery</u>          ]

AGREEMENT BETWEEN<br>CONTRACTOR AND OWNER

THIS AGREEMENT made and entered into on this <u>22nd</u> day of <u>November, 2002</u>, between <u>Leon Carmichael</u>, of <u>Montgomery, Alabama</u>, hereinafter called Owner, and <u>Reese & Howell, Inc.</u>, of <u>Pike Road, Alabama</u>, hereinafter called the Contractor;

WITNESSETH:

1.  **Scope of Work:** The Contractor will furnish all material associated with Attachment "A". The material will be placed in mutual agreement between the contractor and the owner, for the expansion of owners parking area.

2.  **Insurance:** Workman's Compensation and other insurance as may be required by federal, state and local laws on street, sewer and water projects will be procured by the contractor and maintained by it for the duration of the contract. Liability insurance will be payable to the Owner and Contractor as their interest may appear.

3.  **Contact Price:** The Owner agrees to pay the Contractor those prices as shown on Attachment "A".

    (a) Each month, the contractor will prepare an estimate for the portion of work performed thereof up to the first day of that month. This amount will then be due to the contractor, by the 15th day of that month less the aggregate of previous payments; and

    (b ) Payments due Contractor which are not paid in accordance herewith shall bear interest at the rate of <u>1 1/2</u> percent per month (18% annually). In the event it should become necessary to employ counsel to collect this obligation, Owner agrees to pay court cost and reasonable attorney's fee for the services of such attorney, whether suit is brought or not.

    The Contractor and the Owner, for themselves, their heirs, successors, executors, administrators and assigns, hereby agree to the full performance of the covenants herein contained.

| | |
|---|---|
| Leon Carmichael | Reese & Howell, Inc. |
| Owner | Contractor |
| *12 - 4 - 02* | *13 - 4 - 0 2* |
| Date | Date |
| By: | By: |
| Its: *OWNER* | Its: |

**EXHIBIT A**

Attachment "A" -Reese & Howell, Inc.

Project No.: Carmichael Center

| Description | Quantity | Unit | Unit Price | Exten |
|---|---|---|---|---|
| Mobilization | 1 | L.S. | 6,000.00 | 6,00 |
| Stripping of Topsoil | 0 | C.Y. | 2.50 | |
| Unclassified Excavation (Cut Around Building) | 1,958 | C.Y. | 2.50 | 4,89 |
| Borow Excavation | 7,469 | C.Y. | 5.50 | 41,07 |
| Subgrade Preparation | 21,129 | S.Y. | 1.00 | 21,12 |
| Clay Gravel Base (6"Thick) | 21,129 | S.Y. | 3.25 | 68,66 |
| 15" RCP (Class 3) | 112 | L.F. | 30.00 | 3,36 |
| Engineering Controls | 0 | Hr. | 100.00 | |
| | | | TOTAL | 145,13 |

Contractor's Initials:

Owner's Initials:

Attachment "A" -Reese & Howell, Inc.

Project No.: Carmichael Center

| Description | Quantity | Unit | Unit Price | Extension |
|---|---|---|---|---|
| Mobilization | 1 | L.S. | 6,000.00 | 6,000.00 |
| Stripping Topsoil (6" Thick) | 6,389 | C.Y. | 2.50 | 15,972.50 |
| Stripping Wet Unclassified Excavation | 4,982 | C.Y. | 2.50 | 12,455.00 |
| 12" Undercut Front Parking Lot | 1,133 | C.Y. | 2.50 | 2,832.50 |
| 12" Replacement of Undercut | 1,359 | C.Y. | 5.50 | 7,474.50 |
| Unclassified Excavation  (4325) | 9,273 | C.Y. | 2.50 | 23,182.50 |
| Borrow Excavation (On Site Material) | 12,525 | C.Y. | 3.50 | 43,837.50 |
| Subgrade Preparation | 38,828 | S.Y. | 1.00 | 38,828.00 |
| Clay Base (6") | 38,238 | S.Y. | 3.25 | 124,273.50 |
| Topsoil Respread | 2,064 | C.Y. | 3.75 | 7,740.00 |
| 24" Curb & Gutter | 2,021 | L.F. | 10.00 | 20,210.00 |
| 6" Mountable Curb | 1,678 | L.F. | 5.50 | 9,229.00 |
| 24" Rollback Curb | 63 | L.F. | 11.00 | 693.00 |
| Handicap Ramps | 14 | EA. | 150.00 | 2,100.00 |
| 5' Wide Conc. Sidewalk | 253 | S.Y. | 20.00 | 5,060.00 |
| 6' Wide Conc. Sidewalk | 96 | S.Y. | 20.00 | 1,920.00 |
| 12' Wide Conc. Sidewalk | 198 | S.Y. | 20.00 | 3,960.00 |
| Concrete Paving | 1,698 | S.Y. | 26.40 | 44,827.20 |
| 1" 426A Plant Mix (Wear. Surface) | 35,631 | S.Y. | 1.79 | 63,779.49 |
| 2" 327A Plant Mix (Light Duty) | 29,822 | S.Y. | 3.15 | 93,939.30 |
| 3" 327A Plant Mix (Medium Duty) | 5,809 | S.Y. | 4.72 | 27,418.48 |
| Additional Mobilization (Pavement) | 1 | L.S. | 1,000.00 | 1,000.00 |
| 15" RCP Class 3 | 264 | L.F. | 25.00 | 6,600.00 |
| Slope Paved Headwall | 6 | EA. | 850.00 | 5,100.00 |
| Haybales | 20 | EA. | 7.00 | 140.00 |
| Construcion Layout | 1 | L.S. | 13,400.00 | 13,400.00 |
| Topography | 1 | L.S. | 3,600.00 | 3,600.00 |
| | | | TOTAL | 585,572.47 |

Contractor's Initials:_____

Owner's Initials:_____



FILE

**REESE AND HOWELL, INC.**

March 24, 2003
Carmichael Center, Montgomery Alabama
Additions to the original contract

Change Order #1
Addition to the south parking lot

| Item | Quantity | Unit | Unit Price | Total |
|------|----------|------|------------|-------|
| Stripping Topsoil (6" thick) | 198 | Cy | 2.50 | $495.00 |
| Undercut Parking Lot | 667 | Cy | 2.50 | $1,667.50 |
| Replacement of Undercut | 800 | Cy | 5.50 | $4,400.00 |
| Borrow Excavation ( on site material ) | 11403 | Cy | 3.50 | $39,910.50 |
| Subgrade Preparation | 6157 | Sy | 1.00 | $6,157.00 |
| Clay Base (6") | 6157 | Sy | 3.25 | $20,010.25 |
| Topsoil Respread | 122 | Cy | 3.75 | $457.50 |
| 24" Curb & Gutter | 16 | Lf | 10.00 | $160.00 |
| 6" Mountable Curb | 83 | Lf | 5.50 | $456.50 |
| Concrete Paving | 1430 | Sy | 26.40 | $37,752.00 |
| 1" 426A Plant Mix (wear surface) | 4727 | Sy | 1.79 | $8,461.33 |
| 2" 327A Plant Mix (light duty) | 4251 | Sy | 3.15 | $13,390.65 |
| 3" 327A Plant Mix (medium duty) | 476 | Sy | 4.72 | $2,246.72 |
| 15" rcp class 3 | 8 | Lf | 25.00 | $200.00 |
| Grassing | 2 | Ac | 2000.00 | $4,000.00 |
| Construction Layout | 1 | Ls | 5500.00 | $5,500.00 |
| | | Total Price | | $145,264.95 |

| 6" Pump | 1 | Day | 210.00 | |

_____
Mr. Leon Carmichael          Title

3 - 25 - 03
_____
Date

_____
Reese & Howell Inc. (Rep)          Title

3-25-03
_____
Date

101 Meriwether Road • Pike Road, Alabama 36064 • 334/286-0425 • Fax: 334/286-04



## REESE AND HOWELL, INC.

May 19, 2003
Carmichael Center - Montgomery, Alabama
Addititons To The Original Contract

Change Order # #3
Addition To The South Parking Lot

| ITEM NO. | Item | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | Stripping (6" Thick) | 3,229 | C.Y. | $2.50 | $8,072.50 |
| 2 | Undercut | 4,397 | C.Y. | $2.50 | $10,992.50 |
| 3 | Inclassified Excavation | 1,049 | C.Y. | $2.50 | $2,622.50 |
| 4 | Borrow Excavation | 6,472 | C.Y. | $3.50 | $22,652.00 |
| 5 | Replace Undercut | 5,276 | C.Y. | $5.50 | $29,018.00 |
| 6 | Demolition | 1 | L.S. | $3,000.00 | $3,000.00 |
| 7 | Subgrade Preparaton | 16,124 | S.Y. | $1.00 | $16,124.00 |
| 8 | Clay Base (6") | 14,820 | S.Y. | $3.25 | $48,165.00 |
| 9 | Clay Base (4") | 4,072 | S.Y. | $3.00 | $12,216.00 |
| 10 | Topsoil Respread | 2,000 | C.Y. | $3.75 | $7,500.00 |
| 11 | 24" Curb & Gutter | 2,159 | L.F | $10.00 | $21,590.00 |
| 12 | 30" Curb & Gutter | 206 | L.F. | $12.00 | $2,472.00 |
| 13 | 6" Mountable Curb | 644 | L.F. | $5.50 | $3,542.00 |
| 14 | Asphalt Paving - Surface | 13,694 | S.Y. | $1.79 | $24,512.26 |
| 15 | Asphalt Paving (2") | 12,172 | S.Y. | $3.15 | $38,341.80 |
| 16 | Asphalt Paving  (3") | 1,522 | S.Y. | $4.78 | $7,275.16 |
| 17 | Double Flat Grate | 2 | EA. | $3,000.00 | $6,000.00 |
| 18 | Double Wing Outlet | 3 | EA. | $2,250.00 | $6,750.00 |
| 19 | Single Flat Grate | 3 | EA. | $2,500.00 | $7,500.00 |
| 20 | 15" RCP CL 3 | 320 | L.F. | $25.00 | $8,000.00 |
| 21 | 18" RCP CL 3 | 328 | L.F. | $28.00 | $9,184.00 |
| 22 | 30" RCP CL 3 | 120 | L.F. | $40.00 | $4,800.00 |
| 23 | 36" RCP CL 3 | 144 | L.F. | $50.00 | $7,200.00 |
| 24 | Engineering Controls | 1 | L.S. | $9,545.00 | $9,545.00 |

|  |  |  | TOTAL | $317,074.72 |

Contractor's Initials: _Jhn E. Howell_

Owner's Initials: _____

THE SIGNATURES BY THE ABOVE PARTIES UNDERSTAND
THAT THE TOTAL PRICE OF $317,074.72 IS CONTINJUNCY
BASED UPON Verification of QUANTITIES IN THE
APPROXIMATE AMOUNT OF $25,000

WITNESS:

101 Meriwether Road • Pike Road, Alabama 36064 • 334/286-0423 • Fax: 334/286-041

# EXHIBIT B



**R E E S E   A N D   H O W E L L ,   I N C .**

Owner:
    Leon Carmichael
    150 East Fleming Road
    Montgomery, Alabama  36105

CONTRATOR:
    REESE & HOWELL, INC.
    101 MERIWETHER ROAD
    PIKE ROAD, ALABAMA  36064

| | | |
|---|---|---|
| ESTIMATE #: | 9 |
| EST. DATE: | 10/01/03 |
| R&H JOB #: | 208 |
| DATE: | 10/01/03 |

Job:    Carmichael Center

| ITEM NO | ITEM DESCRIPTION | CONTRACT QUANTITY | UNIT | UNIT PRICE | QUANITY COMP. THIS ESTIMATE | TOTAL VALUE OF WORK THIS ESTIMATE | QUANITY COMP. TO DATE | TOTAL VALUE OF WORK TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 1 | Ls | $6,000.00 | 0% | $0.00 | 100% | $6,000.00 |
| 2 | Stripping Topsoil (6" thick) | 9789 | Cy | $2.50 | 0.00 | $0.00 | 9789.00 | $24,472.50 |
| 3 | Stripping Wet Unclassified Excavation | 4982 | Cy | $2.50 | 0.00 | $0.00 | 4982.00 | $12,455.00 |
| 4 | 12" Undercut Front Parking Lot | 3005 | Cy | $2.50 | 0.00 | $0.00 | 3005.00 | $7,512.50 |
| 5 | 12" Replacement of Undercut | 3605 | Cy | $5.50 | 0.00 | $0.00 | 3605.00 | $19,827.50 |
| 6 | Unclassified Excavation | 9273 | Cy | $2.50 | 0.00 | $0.00 | 9273.00 | $23,182.50 |
| 7 | Borrow Excavation ( on site material ) | 12525 | Cy | $3.50 | 0.00 | $0.00 | 15525.00 | $54,337.50 |
| 8 | Subgrade Preparation | 38828 | Sy | $1.00 | 0.00 | $0.00 | 38828.00 | $38,828.00 |
| 9 | Clay Base (6") | 38238 | Sy | $3.25 | 0.00 | $0.00 | 38238.00 | $124,273.50 |
| 10 | Topsoil Respread | 2064 | Cy | $3.75 | 0.00 | $0.00 | 2064.00 | $7,740.00 |
| 11 | 24" Curb & Gutter | 2021 | Lf | $10.00 | 31.00 | $310.00 | 2052.00 | $20,520.00 |
| 12 | 6" Mountable Curb | 1678 | Lf | $5.50 | 0.00 | $0.00 | 1723.00 | $9,476.50 |
| 13 | 24" Rollback Curb | 63 | Lf | $11.00 | 0.00 | $0.00 | 63.00 | $693.00 |
| 14 | Handicap Ramps | 14 | Ea | $150.00 | 0.00 | $0.00 | 14.00 | $2,100.00 |
| 15 | 5' Wide Conc. Sidewalk | 253 | Sy | $20.00 | 16.50 | $330.00 | 269.50 | $5,390.00 |
| 16 | 6' Wide Conc. Sidewalk | 96 | Sy | $20.00 | 0.00 | $0.00 | 96.00 | $1,920.00 |
| 17 | 12' Wide Conc. Sidewalk | 198 | Sy | $20.00 | 0.00 | $0.00 | 198.00 | $3,960.00 |
| 18 | Concrete Paving | 1698 | Sy | $26.40 | 0.00 | $0.00 | 1698.00 | $44,827.20 |
| 19 | 1" 426A Plant Mix (wear surface) | 35631 | Sy | $1.79 | 0.00 | $0.00 | 0.00 | $0.00 |
| 20 | 2" 327A Plant Mix (light duty) | 29822 | Sy | $3.15 | 0.00 | $0.00 | 0.00 | $0.00 |
| 21 | 3" 327A Plant Mix (medium duty) | 5809 | Sy | $4.72 | 0.00 | $0.00 | 0.00 | $0.00 |
| 22 | Additional Mobilization (pavement) | 1 | Ls | $1,000.00 | 0% | $0.00 | 0% | $0.00 |
| 23 | 15" rcp class 3 | 264 | Lf | $25.00 | 0.00 | $0.00 | 264.00 | $6,600.00 |
| 24 | Slope Paved Headwall | 6 | Ea | $850.00 | 0.00 | $0.00 | 6.00 | $5,100.00 |
| 25 | Haybales | 20 | Ea | $7.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| 26 | Construction Layout | 1 | Ls | $13,400.00 | 0% | $0.00 | 100% | $13,400.00 |
| 27 | Topography | 1 | Ls | $3,600.00 | 0% | $0.00 | 100% | $3,600.00 |
| 28 | 6" Pump Rental | Each | PD | $210.00 | 0.00 | $0.00 | 23.00 | $4,830.00 |
| 29 | Change Order #1 | 1 | L.S | $145,264.95 | 2.7540% | $4,000.60 | 83% | $121,166.84 |
| 30 | Change Order #3 | 1 | L.S. | $317,074.72 | 7.8166% | $24,784.50 | 63% | $199,739.50 |
| 31 | Change Order #4 | 1 | L.S. | $4,620.00 | 0.00 | $0.00 | 1.00 | $4,620.00 |
| 32 | Extra Work | 1 | L.S. | $6,495.00 | 0.00 | $0.00 | 1.00 | $6,495.00 |
| | TOTAL VALUE OF WORK COMPLETED TO DATE | | | | | $29,425.09 | | $773,067.04 |
| | | | | | | | | |
| | SUB TOTAL | | | | | $29,425.09 | | $773,067.04 |
| | LESS   PREVIOUS ESTIMATES | | | | | $0.00 | | $743,641.94 |
| | CURRENT AMOUNT DUE THIS PAY ESTIMATE | | | | | $29,425.09 | | $29,425.09 |

**EXHIBIT B**



**REESE AND HOWELL, INC.**

Owner:
Leon Carmichael
150 East Fleming Road
Montgomery, Alabama  36105

CONTRATOR:
REESE & HOWELL, INC.
101 MERIWETHER ROAD
PIKE ROAD, ALABAMA  36064

ESTIMATE #:           8
EST. DATE:        06/26/03
R&H JOB #:           208
DATE:            07/28/03

Job:    Carmichael Center

| ITEM NO | ITEM DESCRIPTION | CONTRACT QUANTITY | UNIT | UNIT PRICE | QUANITY COMP. THIS ESTIMATE | TOTAL VALUE OF WORK THIS ESTIMATE | QUANITY COMP. TO DATE | TOTAL VALUE OF WORK TO DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 1 | Ls | $6,000.00 | 0% | $0.00 | 100% | $6,000.00 |
| 2 | Stripping Topsoil (6" thick) | 9789 | Cy | $2.50 | 0 | $0.00 | 9789.00 | $24,472.50 |
| 3 | Stripping Wet Unclassified Excavation | 4982 | Cy | $2.50 | 0 | $0.00 | 4982.00 | $12,455.00 |
| 4 | 12" Undercut Front Parking Lot | 3005 | Cy | $2.50 | 0 | $0.00 | 3005.00 | $7,512.50 |
| 5 | 12" Replacement of Undercut | 3605 | Cy | $5.50 | 0 | $0.00 | 3605.00 | $19,827.50 |
| 6 | Unclassified Excavation | 9273 | Cy | $2.50 | 0 | $0.00 | 9273.00 | $23,182.50 |
| 7 | Borrow Excavation ( on site material ) | 12525 | Cy | $3.50 | 0 | $0.00 | 15525.00 | $54,337.50 |
| 8 | Subgrade Preparation | 38828 | Sy | $1.00 | 0 | $0.00 | 38828.00 | $38,828.00 |
| 9 | Clay Base (6") | 38238 | Sy | $3.25 | 0 | $0.00 | 38238.00 | $124,273.50 |
| 10 | Topsoil Respread | 2064 | Cy | $3.75 | 524 | $1,965.00 | 2064.00 | $7,740.00 |
| 11 | 24" Curb & Gutter | 2021 | Lf | $10.00 | 0 | $0.00 | 2021.00 | $20,210.00 |
| 12 | 6" Mountable Curb | 1678 | Lf | $5.50 | 45 | $247.50 | 1723.00 | $9,476.50 |
| 13 | 24" Rollback Curb | 63 | Lf | $11.00 | 0 | $0.00 | 63.00 | $693.00 |
| 14 | Handicap Ramps | 14 | Ea | $150.00 | 0 | $0.00 | 14.00 | $2,100.00 |
| 15 | 5' Wide Conc. Sidewalk | 253 | Sy | $20.00 | 0 | $0.00 | 253.00 | $5,060.00 |
| 16 | 6' Wide Conc. Sidewalk | 96 | Sy | $20.00 | 0.0 | $0.00 | 96.00 | $1,920.00 |
| 17 | 12' Wide Conc. Sidewalk | 198 | Sy | $20.00 | 0 | $0.00 | 198.00 | $3,960.00 |
| 18 | Concrete Paving | 1698 | Sy | $26.40 | 0 | $0.00 | 1698.00 | $44,827.20 |
| 19 | 1" 426A Plant Mix (wear surface) | 35631 | Sy | $1.79 | 0 | $0.00 | 0.00 | $0.00 |
| 20 | 2" 327A Plant Mix (light duty) | 29822 | Sy | $3.15 | 0 | $0.00 | 0.00 | $0.00 |
| 21 | 3" 327A Plant Mix (medium duty) | 5809 | Sy | $4.72 | 0 | $0.00 | 0.00 | $0.00 |
| 22 | Additional Mobilization (pavement) | 1 | Ls | $1,000.00 | 0% | $0.00 | 0% | $0.00 |
| 23 | 15" rcp class 3 | 264 | Lf | $25.00 | 0 | $0.00 | 264.00 | $6,600.00 |
| 24 | Slope Paved Headwall | 6 | Ea | $850.00 | 0 | $0.00 | 6.00 | $5,100.00 |
| 25 | Haybales | 20 | Ea | $7.00 | 0 | $0.00 | 0.00 | $0.00 |
| 26 | Construction Layout | 1 | Ls | $13,400.00 | 0% | $0.00 | 100% | $13,400.00 |
| 27 | Topography | 1 | Ls | $3,600.00 | 0% | $0.00 | 100% | $3,600.00 |
| 28 | 6" Pump Rental | Each | PD | $210.00 | 0 | $0.00 | 23.00 | $4,830.00 |
| 29 | Change Order #1 | 1 | L.S | $145,264.95 | 0.0000% | $0.00 | 81% | $117,166.00 |
| 30 | Change Order #3 | 1 | L.S. | $317,074.72 | 12.4831% | $39,580.66 | 55% | $174,955.00 |
| 31 | Change Order #4 | 1 | L.S. | $4,620.00 | 0.0 | $0.00 | 1.00 | $4,620.00 |
| 32 | Extra Work | 1 | L.S. | $6,495.00 | 1.0 | $6,495.00 | 1.00 | $6,495.00 |

TOTAL VALUE OF WORK COMPLETED TO DATE    $48,288.16    $743,641.

SUB TOTAL    $48,288.16    $743,641

LESS   PREVIOUS ESTIMATES    $0.00    $590,699
PLUS   AMOUNT UNPAID PREVIOUS ESTIMATE    $104,654.03

CURRENT AMOUNT DUE THIS PAY ESTIMATE    $152,942.19    $152,942

334/286-0425 • Fax: 334/286-0

# EXHIBIT C

Case 2:03-cr-00259-MHT-DRB     Document 796     Filed 09/14/2006     Page ... of ...

| U.S. Department of Justice United States Marshals Service | PROCESS RECEIPT AND RETURN See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form | |
|---|---|---|
| PLAINTIFF **UNITED STATES OF AMERICA** | COURT CASE NUMBER 2:03cr259-T | |
| DEFENDANT **LEON CARMICHAEL** | TYPE OF PROCESS ORDER - INTERLOCUTORY SALE | |

RECEIVED

2005 DEC -2 P 3:16

UNITED ... ... ...
MIDDLE ALABAMA

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN DEFENDANT PROPERTY KNOWN AS "THE CARMICHAEL CENTER" |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) c/o USMS |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| John T. Harmon United States Attorney's Office Assistant United States Attorney Post Office Box 197 Montgomery, Alabama 36101-0197 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

04-DEA-430226

| Signature of Attorney or other Originator requesting service on behalf of : ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (334) 223-7280 | DATE DECEMBER 2, 2005 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 12/8/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 8/28/06   Time 4:00 pm |
| | Signature of U.S. Marshal or Deputy C. J. Ikson |

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 8/28/06  Received proceeds from Interlocutory Sale.

## RETURNED AND FILED

SEP 14 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

EXHIBIT C

FORM USM 285 (Rev. 12/15/80)

| State of Alabama<br>Unified Judicial System<br><br>Form C-34          Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>CV-03-2988 |
| --- | --- | --- |

IN THE        CIRCUIT COURT OF  MONTGOMERY COUNTY

**Plaintiff:**        Reese & Howell, Inc.    **v. Defendants:** Leon Carmichael , Sr.; United States of America

NOTICE TO: <u>United States of America</u>
          c/o United States Attorney for the Middle District of Alabama
          One Court Square, Suite 201, Montgomery, Alabama  36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT., A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF's ATTORNEY **W. Joseph McCorkle, Jr.**
WHOSE ADDRESS IS **Balch & Bingham, LLP, 105 Tallapoosa Street, Suite 200, Montgomery, Alabama 36104**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>30</u> DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☒  You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐  Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date: _10-10-06_        _____  By: _Bw_
                                          Clerk/Register

☐  CERTIFIED MAIL is hereby requested.     _____
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:
☐  Return receipt of certified mail received in this office on _____
                                                      (Date)
☐  I certify that I personally delivered a copy of the Summons and Complaint to

_____ in _____ County,

Alabama on _____.
                  (Date)

_____          _____
          Date                          Server's Signature

_____          _____
    Address of Server                  Type of Process Server

Court Record - Original      Addressee – Copy

| State of Alabama<br>Unified Judicial System | **SUMMONS**<br>**- CIVIL -** | Case Number |
|---|---|---|
| Form C-34          Rev 6/88 | | CV-2003-2988 |

**IN THE          CIRCUIT COURT OF  MONTGOMERY COUNTY**

**Plaintiff:**     Reese & Howell, Inc.     **v. Defendants:** Leon Carmichael , Sr.; United States of America

NOTICE TO: <u>United States of America</u>
          c/o United States Attorney for the Middle District of Alabama
          One Court Square, Suite 201, Montgomery, Alabama  36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT., A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **W. Joseph McCorkle, Jr.**
WHOSE ADDRESS IS **Balch & Bingham, LLP, 105 Tallapoosa Street, Suite 200, Montgomery, Alabama 36104**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>30</u> DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☒   You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐   Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the
    Alabama Rules of Civil Procedure.

Date: *10-10-06*     *Melissa Brittenour*   By: *Bw*
                                  Clerk/Register

☐ CERTIFIED MAIL is hereby requested.   _____
                                        Plaintiff's/Attorney's Signature

RETURN ON SERVICE:
☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of the Summons and Complaint to
                                                              (Date)

_____ in _____ County,

Alabama on _____.
                (Date)

_____                    _____
        Date                                  Server's Signature

_____                    _____
   Address of Server                       Type of Process Server

Court Record - Original     Addressee – Copy

| State of Alabama<br>Unified Judicial System<br><br>Form ARCivP-93 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>CV-03-2988 | |
|---|---|---|---|
| | | Date of Filing:<br>[Click Here and Type]<br>Month Day Year | Judge Code:<br>[Type] |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ MONTGOMERY, ALABAMA
*(Name of County)*

**REESE & HOWELL, INC.,**      v.      **UNITED STATES OF AMERICA,**
**Plaintiff**                          **Defendant**

| First Plaintiff | XX Business<br>Government | Individual<br>Other | First Defendant | Business<br>X Government | Individual<br>Other |
|---|---|---|---|---|---|

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORT PERSONAL INJURY**
G WDEA   - Wrongful Death
G TONG   - Negligence: **General**

*Paul Clark 9-22-06*

*Cross Claim*

*Says Here is*
*Order to make them*
*Plantf. He's looking*
*for it.*

**OTHER CIVIL FILINGS (cont'd)**
G MSXX  -  Birth/Death Certificate Modification/Bond forfeiture
           Appeal/ Enforcement of Agency Subpoena/Petition to
           Preserve
G CVRT  -  Civil Rights
G COND  -  Condemnation/Eminent Domain/Right-of-Way
G CTMP  -  Contempt of Court
G CONT  -  Contract/Ejectment/Writ of Seizure
G TOCN  -  Conversion
G EQND  -  Equity Non-Damages Actions/Declaratory
           Judgment/Injunction Election Contest/Quiet Title/Sale
           for Division
G CVUD  -  Eviction Appeal/Unlawful Detainer
G FORJ  -  Foreign Judgment
G FORF  -  Fruits of Crime Forfeiture
G MSHC  -  Habeas Corpus/Extraordinary
           Writ/Mandamus/Prohibition
G PFAB  -  Protection From Abuse
G FELA  -  Railroad/Seaman (FELA)
G RPRO  -  Real Property
G WTEG  -Wills/Trusts/Estates/Guardianships/Conservatorship
G COMP  -  Workers' Compensation
G CVXX  -  Miscellaneous Circuit Civil Case

INITIAL FILING        APPEAL FROM        OTHER: AMENDED COMPLAINT
                                   DISTRICT COURT    _____
                             TRANSFERRED FROM
                             OTHER CIRCUIT COURT

*Pam -*
*956-8514*
*CV- 03-2988*

S  XX NO  Note:   Checking "Yes" **does not** constitute a
                  demand for a jury trial. (See **Rules 38 and
                  39, Ala.R.Civ.P.,** for procedure)

WARD REQUESTED    **NO MONETARY AWARD REQUESTED**

SIGNATURE OF ATTORNEY/PARTY FILING THIS FORM
Post OfficeBox 78, Montgomery, Alabama  36101-0078

ES        XX NO    **UNDECIDED**

# OTHER MISCELLANEOUS STATE COURT PLEADINGS ARE NOT SCANNED AND ARE AVAILABLE FOR CONVENTIONAL VIEWING IN THE CLERK'S OFFICE