IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 APR 19  P 4: 15

| | |
|---|---|
| REESE & HOWELL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. |
| | )  2:06-cv-W998-WKW |
| LEON CARMICHAEL, SR.; UNITED | ) |
| STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Reese & Howell, Inc. ("R&H"), the plaintiff in the above-styled case, respectfully moves the Court pursuant to Rule 56 of the *Federal Rules Civil Procedure* for the entry of partial summary judgment in its favor on the materialman's lien claim asserted against Leon Carmichael, Sr. and the United States of America. As grounds for this motion, R&H shows that there is no genuine issue as to any material fact and that it is entitled to judgment in its favor as a matter of law. This motion is based upon: (1) the previously-filed pleadings; (2) Reese & Howell, Inc.'s Memorandum of Facts and Law in Support of Its Motion for Partial Summary Judgment ("Memorandum in Support"), filed simultaneously herewith; and (3) the following documents attached to the Memorandum in Support:

    A.    Affidavit of Pickett Reese with exhibits attached thereto;

    B.    Order of June 28, 2006 in Montgomery County Circuit Court Case No. CV-03-2988;

    C.    Second Preliminary Order of Forfeiture in *United States of America v. Leon Carmichael, Sr.*, United States District Court Case No. 2:03-cr-259-T;

179241.1

D. Petitioner's Claim of Interest in Property Subject to Second Preliminary Order of Forfeiture in *United States of America v. Leon Carmichael, Sr.*, United States District Court Case No. 2:03-cr-259-T;

E. Response to Show Cause Order Regarding Reese & Howell, Inc.'s Petition to Validate Third Party Interest in *United States of America v. Leon Carmichael, Sr.*, United States District Court Case No. 2:03-cr-259-T;

F. Opinion in *United States of America v. Leon Carmichael, Sr.*, United States District Court Case No. 2:03-cr-259-T;

G. Petitioner Reese & Howell, Inc.'s Motion to Alter, Amend or Vacate Judgment and Memorandum Brief in Support in *United States of America v. Leon Carmichael, Sr.*, United States District Court Case No. 2:03-cr-259-T;

H. Order in *United States of America v. Leon Carmichael, Sr.*, United States District Court Case No. 2:03-cr-259-T;

I. Opinion in *United States of America v. Leon Carmichael, Sr.*, United States District Court Case No. 2:03-cr-259-T; and

J. Reese & Howell, Inc.'s Amended Complaint in *United States of America v. Leon Carmichael, Sr.*, United States District Court Case No. 2:03-cr-259-T.

Respectfully submitted this 19th day of April, 2007.

_____
One of the Attorneys for Plaintiff
Reese & Howell, Inc.

179241.1

OF COUNSEL:

W. Joseph McCorkle (MCC056)
Paul A. Clark (CLA076)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
jmccorkl@balch.com
pclark@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy thereof in the United States Mail, postage prepaid and properly addressed to them on this the 19th day of April, 2007.

J. Knox Argo, Esq.
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, AL 36117

John T. Harmon
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

_____
Of Counsel

179241.1