IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REESE & HOWELL, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-998-WKW |
| | ) |
| **LEON CARMICHAEL, SR.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After a review of the file, the court finds no case action summary from state court, no answer by Carmichael and the government to the amended complaint of Reese & Howell, Inc., and insufficient documentation of state court orders which would establish the status of this case.

Accordingly, it is ORDERED that a status conference will be conducted in the CHAMBERS of the undersigned on **Wednesday, October 17, 2007, at 2:00 p.m.** The parties should be prepared to argue the pending motion for partial summary judgment (Doc. # 2), and to discuss the following:

(1) The specific claims pending before the court;

(2) The identity and nature of all pending motions other than the motion for partial summary judgment; and

(3) The nature of the jurisdiction of the court over parties and/or issues other than those involving the United States and the materialman's lien.

DONE this 10th day of October, 2007.

　　　　　　　　　　　　　　　　　/s/   W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE