FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REESE & HOWELL, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06cv-998-WKW |
| | ) |
| LEON CARMICHAEL, SR.; | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendants. | ) |

NOTICE OF FILING CASE ACTION SUMMARY REPORT

The United States of America (United States), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, hereby respectfully submits the attached case action summary (state court case no. CV-03-2988) as directed by the Court.

Respectfully submitted this 18th day of October, 2007.

                          FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY

                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Middle District of Alabama
                         131 Clayton Street
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                    /s/John T. Harmon  
                                    John T. Harmon  
                                    Assistant United States Attorney



## alacourt.com's

## Alabama SJIS Case Detail

| Settings | Parties | Case Action Summary | Witness List | Financial | Images | Consolid |

| Case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 03 | Case Number | ●CV 2003 002988 00 | JID | WAS | Trial | B | |
| Style | SHERMAN INDUSTRIES INC VS REESE & HOWELL INC, LEON CARMICHAEL SR | | | | | | | |
| Code | CONT | Type | CONTRACT/EJMNT/SEIZU | Filed | 11122003 | Track | | |
| Amount | | Status | DISPOSED | Plaintiffs | 001 | Defendants | 004 | |
| DJID | WAS | Court Action | R (RMVL FED COURT) 11092006 | | | For | N | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | | |
| Trial Days | | Lien | | | | | | |

| Settings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | 12042006 | Que 1 | 001 | Time 1 | 0900 A | Description | BTRL TRIAL - BENCH |
| Date 2 | 06082006 | Que 2 | 001 | Time 2 | 0900 A | Description | HEAR HEARING |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | 05092005 | Que 4 | 001 | Time 4 | 0900 A | Description | STAT HEAR ALL PEND MOTION |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | |
|---|---|---|---|---|---|---|
| Party | C 001 | Name | SHERMAN INDUSTRIES INC | Type | BUSINESS | |
| INDX | D/REESE & HOWE | ANAM | | JID | WAS | |
| SSN | | Address 1 | | Sex | | |
| DOB | | Address 2 | | Race | | |
| Country | US | City | AL 00000 0000 | Phone | 334 000 0000 | |
| Atty 1 | DEITSCH GREGGORY M | Atty 2 | | Atty 3 | | Atty 4 |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | | Type |
| Return | | Type | | Return | | Type |
| Service | | Type | | Serv On | | By |
| Answer | | Type | | NS Not | | NA Not |
| Warrant | | Type | | Arrest | | |
| CACT | D (DISM W/O PREJ) | Date | 04222005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | |

| Party 2 | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 001 | Name | REESE & HOWELL INC | Type | INDIVIDUAL | |
| INDX | P/SHERMAN INDU | ANAM | | JID | WAS | |
| SSN | | Address 1 | 101 MERIWETHER RD | Sex | | |
| DOB | | Address 2 | | Race | | |
| Country | US | City | PIKE ROAD AL 36064 1702 | Phone | 334 000 0000 | |
| Atty 1 | CLARK PAUL A | Atty 2 | | Atty 3 | | Atty 4 |
| Atty 5 | | Atty 6 | | | | |
| Issued | 12032003 | Type | A PROCESS SERVE | Reissue | | Type |
| Return | | Type | | Return | | Type |
| Service | 12092003 | Type | V PROCESS SERVE | Serv On | | By |
| Answer | 01062004 | Type | D COMP DENIED | NS Not | | NA Not |
| Warrant | | Type | | Arrest | | |
| CACT | D (DISM W/O PREJ) | Date | 04222005 | For | N | Exep | O |

| AMT | | Cost | | Other | | Satisfied | 04222005 |
|---|---|---|---|---|---|---|---|
| Comment | | | | | | | |
| **Party 3** | | | | | | | |
| Party | D 002 | Name | CARMICHAEL LEON SR | | | Type | INDIVIDUAL |
| INDX | P/SHERMAN INDU | ANAM | | | | JID | WAS |
| SSN | | Address 1 | THE CARMICHAEL CENTER | | | Sex | |
| DOB | | Address 2 | 150 E FLEMING RD | | | Race | |
| Country | US | City | MONTGOMERY AL 36105 0000 | | | Phone | 334 000 0000 |
| Atty 1 | ARGO J KNOX | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 12032003 | Type | A PROCESS SERVE | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 12092003 | Type | V PROCESS SERVE | Serv On | | By | |
| Answer | 12292003 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | D (DISM W/O PREJ) | Date | 04222005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | 04222005 |
| Comment | | | | | | | |
| **Party 4** | | | | | | | |
| Party | D 003 | Name | REESE PICKETT R | | | Type | INDIVIDUAL |
| INDX | P/SHERMAN INDU | ANAM | | | | JID | WAS |
| SSN | | Address 1 | 101 MERIWETHER RD | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | PIKE ROAD AL 36064 1702 | | | Phone | 334 000 0000 |
| Atty 1 | CLARK PAUL A | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 12032003 | Type | A PROCESS SERVE | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 12092003 | Type | V PROCESS SERVE | Serv On | | By | |
| Answer | 01062004 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | D (DISM W/O PREJ) | Date | 04222005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | 04222005 |
| Comment | | | | | | | |
| **Party 5** | | | | | | | |
| Party | D 004 | Name | HOWELL FRANK E JR | | | Type | INDIVIDUAL |
| INDX | P/SHERMAN INDU | ANAM | | | | JID | WAS |
| SSN | | Address 1 | 101 MERIWETHER RD | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | PIKE ROAD AL 36064 1702 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 12032003 | Type | A PROCESS SERVE | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 12092003 | Type | V PROCESS SERVE | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | D (DISM W/O PREJ) | Date | 04222005 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | 04222005 |
| Comment | | | | | | | |
| **Party 6** | | | | | | | |
| Party | M 001 | Name | REESE & HOWELL, INC | | | Type | INDIVIDUAL |
| INDX | P/SHERMAN INDU | ANAM | | | | JID | WAS |
| SSN | | Address 1 | 101 MERIWETHER RD | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | PIKE ROAD AL 36064 1702 | | | Phone | 334 000 0000 |
| Atty 1 | CLARK PAUL A | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 11092006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| **Party 7** | | | | | | | |
| Party | N 001 | Name | CARMICHAEL LEON SR | | | Type | INDIVIDUAL |
| INDX | M/REESE & HOWE | ANAM | | | | JID | WAS |
| SSN | | Address 1 | THE CARMICHAEL CENTER | | | Sex | |
| DOB | | Address 2 | 150 E FLEMING RD | | | Race | |
| Country | US | City | MONTGOMERY AL 36105 0000 | | | Phone | 334 000 0000 |
| Atty 1 | ARGO J KNOX | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 11092006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| **Party 8** | | | | | | | |
| Party | N 002 | Name | UNITED STATES OF AMERICA | | | Type | GOVERNMENT |
| INDX | M/REESE & HOWE | ANAM | | | | JID | WAS |
| SSN | | Address 1 | C/O US ATTY FOR MIDDLE DT | | | Sex | |
| DOB | | Address 2 | 1 CT SQ, STE 201 | | | Race | |
| Country | US | City | MONTGOMERY AL 36104 0000 | | | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 10102006 | Type | S SHERIFF | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 10162006 | Type | S SERVED PERSON | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | R (RMVL FED COURT) | Date | 11092006 | For | N | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11262003 | 0818 | FILE | FILED THIS DATE: 11/12/2003 (AV01) | DAW |
| 11262003 | 0818 | ORIG | ORIGIN: INITIAL FILING (AV01) | DAW |
| 11262003 | 0818 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | DAW |
| 11262003 | 0818 | ASSJ | ASSIGNED TO JUDGE: HON. JOHNNY HARDWICK (AV01) | DAW |
| 11262003 | 0818 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | DAW |
| 11262003 | 0818 | PART | SHERMAN INDUSTRIESINC ADDED AS C001 (AV02) | DAW |
| 11262003 | 0818 | ATTY | LISTED AS ATTORNEY FOR C001: DEITSCH GREGGORY M | DAW |
| 11262003 | 0819 | PART | REESE & HOWELL INC ADDED AS D001 (AV02) | DAW |
| 11262003 | 0819 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | DAW |
| 11262003 | 0820 | PART | CARMICHAEL LEON SR ADDED AS D002 (AV02) | DAW |
| 11262003 | 0820 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | DAW |
| 11262003 | 0820 | PART | REESE PICKETT R ADDED AS D003 (AV02) | DAW |
| 11262003 | 0820 | ATTY | LISTED AS ATTORNEY FOR D003: PRO SE (AV02) | DAW |
| 11262003 | 0821 | PART | HOWELL FRANK E JR ADDED AS D004 (AV02) | DAW |
| 11262003 | 0821 | ATTY | LISTED AS ATTORNEY FOR D004: PRO SE (AV02) | DAW |
| 11262003 | 0823 | TEXT | MOTION TO APPT PROCESS SERVER | DAW |
| 12012003 | 0848 | TEXT | ORDER DTD 12-1-03 GRANTING MOT TO APPT PROCESS SVR | JAM |
| 12032003 | 0846 | SUMM | PROCESS SERVE ISSUED: 12/03/2003 TO D001 (AV02) | JAM |

```
12032003 0846 SUMM  PROCESS SERVE ISSUED: 12/03/2003 TO D002 (AV02)        JAM
12032003 0846 SUMM  PROCESS SERVE ISSUED: 12/03/2003 TO D003 (AV02)        JAM
12032003 0846 SUMM  PROCESS SERVE ISSUED: 12/03/2003 TO D004 (AV02)        JAM
12292003 1531 ATTY  LISTED AS ATTORNEY FOR D002: ARGO J KNOX (AV02)        DAW
12292003 1531 ANSW  ANSWER OF COMP DENIED ON 12/29/2003 FOR D002(AV02)     DAW
01062004 1319 ATTY  LISTED AS ATTORNEY FOR D001: CLARK PAUL A (AV02)       REW
01062004 1319 ANSW  ANSWER OF COMP DENIED ON 01/06/2004 FOR D001(AV02)     REW
01062004 1319 ATTY  LISTED AS ATTORNEY FOR D003: CLARK PAUL A (AV02)       REW
01062004 1319 ANSW  ANSWER OF COMP DENIED ON 01/06/2004 FOR D003(AV02)     REW
01062004 1326 TEXT  ANSWER & COUNTERCLAIM FILED BY R&H & HOWELL            REW
01062004 1326 TEXT  ...(SOUNDS LIKE & REFERS TO CROSSCLAIM AGAINST         REW
01062004 1326 TEXT  ...CARMICHAEL)                                         REW
01082004 1618 DAT2  SET FOR: STAT/SCHED/MOT ON 03/29/2004 AT 0900A         DAW
01132004 1623 SERC  D001 SERVED PROCESS SERVER ON 12/09/2004               DAW
01132004 1624 SERC  D002 SERVED PROCESS SERVER ON 12/09/2003               DAW
01132004 1624 SERC  D003 SERVED PROCESS SERVER ON 12/09/2003               DAW
01132004 1625 SERC  D004 SERVED PROCESS SERVER ON 12/09/2003               DAW
01132004 1625 SERC  SERVICE OF PROCESS SERVE ON 12/09/2003 FOR D001        DAW
01262004 1348 TEXT  PLTFS NOTICE OF SERVICE OF ANSWERS TO INTERR           REW
03172004 1242 TEXT  CARMICHAEL MO TO DISMISS OR SUMM JUDGM ON PLEADING     REW
03172004 1243 TEXT  CARMICHAEL AMENDED RESPONSE TO COMP                    REW
03302004 1354 STAT  CASE ASSIGNED STATUS OF: MEDIATIO (AV01)               JAM
04092004 1407 TEXT  AMENDED COMPLAINT (CERT OF SERVICE)                    DAW
05032004 1624 TEXT  PLTFS MOTION FOR SUMMARY JUDGMENT                      JAM
05172004 0932 TEXT  CARMICHAEL'S MO TO CONTINUE                            REW
05182004 1350 DAT4  SET FOR: STATUS CONFERENCE ON 06/02/2004 AT 0900A      RED
05262004 1306 TEXT  ORDER DTD 5-19-04 GRANTING MOTION TO CONTINUE          JAM
06102004 1406 TEXT  PLTFS 1ST INTERROGS & REQ FOR PROD OF DOCS TO          JAM
06102004 1406 TEXT  ... DEFT                                               JAM
07232004 1343 TEXT  PLTFS MOTION TO COMPEL                                 JAM
08022004 1017 DAT2  SET FOR: STAT/SCHED/MOT ON 09/08/2004 AT 0900A         KAR
08132004 1515 TEXT  DEFTS NOTICE INTENT SERVE SUBP: APAC-SOUTHEAST,        KAH
08132004 1515 TEXT  .. INC, H. CURLIN                                      KAH
09142004 1357 DAT2  SET FOR: STAT/SCHED/MOT ON 10/13/2004 AT 0900A         KAR
10122004 1141 TEXT  DEFS MO TO CONTINUE OR DENY PLTFS MO FOR SUMM JUDG     REW
10152004 1611 TEXT  REESE & HOWELL'S MSJ AND MEMO BRIEF IN SUPPORT         JAM
10222004 1606 TEXT  DEFS MO IN OPPO TO PLTFS MO FOR SUMM JUDGMENT &        REW
10222004 1606 TEXT  ...MEM BRIEF IN SUPPORT                                REW
11082004 0937 DAT2  SET FOR: STAT/SCHED/MOT ON 12/06/2004 AT 0900A         JAG
12012004 0914 TEXT  DEF/COUNTERCLAIM UNOPPOSED MOT TO CONT HEAR            JAG
01312005 1621 TEXT  PLTFS MO TO SET CASE FOR HEARING                       REW
02092005 1451 TEXT  ORDER GRANTING MO TO SET HEARING                       REW
02102005 1618 DAT2  SET FOR: STAT/SCHED/MOT ON 03/14/2005 AT 0900A         JAG
03112005 1423 TEXT  DFT CARMICHAEL RESPONSE TO MOTION FOR SUMM JDMNT       LAW
04152005 0842 TEXT  PLTFS MOTION TO DISMISS                                LAW
04182005 1607 TEXT  DEF MOTION FOR HEARING                                 JAG
04212005 1125 DAT4  SET FOR: HEAR ALL PEND MOTION ON 05/09/2005 AT 090     JAG
05022005 1505 STAT  CASE ASSIGNED STATUS OF: DISPOSED (AV01)               JAM
05022005 1505 DISP  DISPOSED ON: 04/22/2005 BY (DISM W/O PREJ) (AV01)      JAM
05022005 1505 CACJ  COURT ACTION JUDGE: HON. JOHNNY HARDWICK (AV01)        JAM
05022005 1505 PDIS  C001 DISPOSED BY (DISM W/O PREJ) ON 04/22/2005         JAM
05022005 1505 PDIS  D001 DISPOSED BY (DISM W/O PREJ) ON 04/22/2005         JAM
05022005 1505 PDIS  D002 DISPOSED BY (DISM W/O PREJ) ON 04/22/2005         JAM
05022005 1505 PDIS  D003 DISPOSED BY (DISM W/O PREJ) ON 04/22/2005         JAM
05022005 1505 PDIS  D004 DISPOSED BY (DISM W/O PREJ) ON 04/22/2005         JAM
05022005 1505 SATF  CASE SATISFIED ON 04/22/2005 FOR D001 (AV02)           JAM
05022005 1505 SATF  CASE SATISFIED ON 04/22/2005 FOR D002 (AV02)           JAM
```

```
05022005 1505 SATF  CASE SATISFIED ON 04/22/2005 FOR D003 (AV02)      JAM
05022005 1506 SATF  CASE SATISFIED ON 04/22/2005 FOR D004 (AV02)      JAM
05102005 1555 TEXT  DFT NOT OF FILING OF PROPOSED ORDERS              KAR
05202005 1523 TEXT  DFTS NOTICE OF FILING OF PROPOSED ORDER           LAW
06022005 1609 TEXT  ORDER DENYING PLTFS MO FOR SUMM JUDGMENT          REW
06072005 1232 TEXT  PLTFS MOTION TO RECONSIDER ORDER DENYING PLTFS    LAW
06072005 1232 TEXT  ....MOTION FOR SUMMARY JUDGMENT                   LAW
06142005 1646 DAT2  SET FOR: ALL PENDING MOTIONS ON 08/10/2005 AT 090 JAG
07012005 1607 TEXT  PLTFS OBJECTION TO MOTION TO CONTINUE HEARING     LAW
07062005 0820 TEXT  DEF CARMICHAEL MOTION TO CONTINUE                 JAG
08232005 1121 TEXT  ORDER OF RECUSAL (JUDGE HARDWICK)                 JAM
08232005 1121 ASSJ  ASSIGNED TO JUDGE: CHARLES PRICE (AV01)           JAM
08242005 1230 TEXT  ORDER OF RECUSAL (JUDGE PRICE)                    JAM
08262005 1230 ASSJ  ASSIGNED TO JUDGE: WILLIAM A. SHASHY (AV01)       JAM
03162006 1649 TEXT  REESE & HOWELL'S RENEWED MSJ & MEMORANDUM BRIEF   JAM
03162006 1649 TEXT  ... IN SUPPORT                                    JAM
03292006 1639 DAT2  SET FOR: HEARING ON 05/23/2006 AT 0900A (AV01)    JAG
05152006 1602 TEXT  CARMICHAEL REPSONSE TO MO FOR SUMM JUDGM          REW
05192006 1507 DAT2  SET FOR: HEARING ON 06/06/2006 AT 0900A (AV01)    JAG
05222006 1655 TEXT  REESEE & HOWELL'S REPLY TO DEF CARMICHAELS        REW
05222006 1655 TEXT  ...RESPONSE TO MO FOR SUMM JUDGM                  REW
06092006 1507 TEXT  MEDIATION ORDER: HAM WILSON JR APPTD MEDIATOR     REW
06232006 1506 STAT  CASE ASSIGNED STATUS OF: MEDIATIO (AV01)          REW
06282006 1521 TEXT  JOINT EMERGENCY MOTION FOR APPROVAL OF PLAN FOR   JAG
06282006 1521 TEXT  ...LIEN TRANSFER                                  JAG
06292006 0948 TEXT  ORDER ON JOINT MOTION FOR EMERGENCY APPROVAL OF   JAM
06292006 0948 TEXT  ... PLAN FOR LIEN TRANSFER (SEE FILE)             JAM
09272006 1237 TEXT  AMENDED COMP FILED BY REESE & HOWELL ADDING USA   REW
09272006 1237 TEXT  ...AS PARTY DEFENDANT                             REW
10042006 1235 TEXT  ORDER SIGNED 10-4-06: COUNTERCLAIM FILED BY REESE REW
10042006 1235 TEXT  ...& HOWELL INC AGAINST LEON CARMICHAEL HAS NOT   REW
10042006 1235 TEXT  ...BEEN ADJUDICATED & IS SET FOR TRIAL            REW
10042006 1643 DAT1  SET FOR: TRIAL - BENCH ON 12/04/2006 AT 0900A     JAG
10102006 1230 PART  REESE & HOWELL INC ADDED AS M001 (AV02)           REW
10102006 1230 ATTY  LISTED AS ATTORNEY FOR M001: CLARK PAUL A (AV02)  REW
10102006 1232 PART  CARMICHAEL LEON SR ADDED AS N001 (AV02)           REW
10102006 1232 ATTY  LISTED AS ATTORNEY FOR N001: ARGO J KNOX (AV02)   REW
10102006 1232 STAT  CASE ASSIGNED STATUS OF: ACTIVE (AV01)            REW
10102006 1239 PART  UNITED STATES OF AMERICA ADDED AS N002 (AV02)     REW
10102006 1239 SUMM  SHERIFF ISSUED: 10/10/2006 TO N002 (AV02)         REW
10262006 1538 SERC  SERVICE OF SERVED PERSON ON 10/16/2006 FOR N002   CHM
11022006 1540 TEXT  NOTICE OF FILING REMOVAL                          JAM
11132006 1654 STAT  CASE ASSIGNED STATUS OF: DISPOSED (AV01)          JAM
11132006 1654 CACJ  COURT ACTION JUDGE: WILLIAM A. SHASHY (AV01)      JAM
11132006 1654 DISP  DISPOSED ON: 11/09/2006 BY (RMVL FED COURT) (AV01) JAM
11132006 1654 PDIS  M001 DISPOSED BY (RMVL FED COURT) ON 11/09/2006   JAM
11132006 1654 PDIS  N001 DISPOSED BY (RMVL FED COURT) ON 11/09/2006   JAM
11132006 1654 PDIS  N002 DISPOSED BY (RMVL FED COURT) ON 11/09/2006   JAM
```