```
               UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| REESE & HOWELL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06cv-998-WKW |
| ) | |
| LEON CARMICHAEL, SR.; ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT UNITED STATES OF AMERICA'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant United States of America (United States), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and answers Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant United States upon which relief may be granted.

### SECOND DEFENSE

Sovereign Immunity.

### THIRD DEFENSE

Plaintiff's recovery in this case is barred by Alabama law.

### FOURTH DEFENSE

Plaintiff is proscribed from recovering any amount for pre-judgment interest against the Defendant United States.

## FIFTH DEFENSE

Defendant United States reserves the right to assert further affirmative defenses, as they become evident through discovery or investigation.

## SIXTH DEFENSE

NOW, having set forth certain of its defenses herein, Defendant United States responds to the numbered paragraphs of Plaintiff's Complaint as follows:

## RESPONSES

1.

Paragraph 1 of the Complaint is admitted.

2.

Paragraph 2 of the Complaint is admitted.

3.

As to Paragraph 3 of the Complaint, Defendant United States admits that the United States Marshals Service holds certain proceeds recovered from property forfeited from Leon Carmichael, Sr. All other allegations denied.

Paragraph 3 of the Complaint, regarding jurisdiction and venue, is admitted.

4.

As to Paragraph 4 of the Complaint, Defendant United States is without sufficient information to either admit or deny the allegations of Paragraph 4 of the Complaint and consequently denies the same.

5.

Paragraph 5 of the Complaint is admitted.

6.

Paragraph 6 of the Complaint is admitted.

7.

Paragraph 7 of the Complaint is admitted.

8.

Paragraph 8 of the Complaint is admitted.

9.

Paragraph 9 of the Complaint is denied.

10.

Paragraph 10 of the Complaint is admitted.

11.

Paragraph 11 of the Complaint is admitted.

12.

Paragraph 12 of the Complaint is admitted or denied as specified above in each relevant paragraph.

13.

Paragraph 13 of the Complaint is admitted as to the $182,367.28 owed to Reese & Howell, Inc. by Leon Carmichael, Sr. Defendant United States denies the allegation regarding interest, costs and attorney's fees.

14.

Paragraph 14 of the Complaint is admitted or denied as specified above in each relevant paragraph.

15.

Paragraph 15 of the Complaint is admitted as to the $182,367.28 owed to Reese & Howell, Inc. by Leon Carmichael, Sr. Defendant United States denies the allegation regarding interest, costs and attorney's fees.

16.

Paragraph 16 of the Complaint is admitted or denied as specified above in each relevant paragraph.

17.

Paragraph 17 of the Complaint is admitted.

18.

Paragraph 18 of the Complaint is admitted.

19.

As to Paragraph 19 of the Complaint, Defendant United States is without sufficient information to either admit or deny the allegations of Paragraph 19 of the Complaint and consequently denies the same.

20.

Paragraph 20 of the Complaint is admitted.

21.

Paragraph 21 of the Complaint is admitted.

22.

Paragraph 22 of the Complaint is admitted as to the $182,367.28 owed to Reese & Howell, Inc. by Leon Carmichael, Sr. Defendant United States denies the allegation regarding interest, costs and attorney's fees.

PRAYER FOR RELIEF

Answering the unnumbered Prayer for Relief Paragraph which immediately follows Paragraph 22 of the Complaint, Defendant United States denies each and every allegation contain therein.

23.

Defendant United States denies each and every allegation of Plaintiff's Complaint not expressly admitted in the preceding paragraphs of this Answer.

WHEREFORE, having fully answered the allegations in Plaintiff's Complaint, Defendant United States requests the Court deny the relief sought, award Defendant United States costs and expenses, and award any and all other relief that this Court may deem necessary and proper.

Respectfully submitted this 23rd day of October, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560


CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney