```
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

REESE & HOWELL, INC.                  )
           Plaintiff,,                )
                                      )CASE NO. 2:06CV-998-WKW
    v.                                )
                                      )
LEON CARMICHAEL SR.;                  )
UNITED STATES OF AMERICA,             )
           Defendants.                )
```

## CARMICHAEL CONFLICT DISCLOSURE STATEMENT

Comes now defendant Leon Carmichael, Sr. (hereinafter "Carmichael") and in accordance with the Order of this Court makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustes (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and there are no entities to be reported other than Multi-Investments, Inc. which is owned by Carmichael.

        /s/ J. Knox Argo
Attorney for Defendant Carmichael


J. Knox Argo (ARG001)
6706 Taylor Circle
Montgomery, AL 36117
Telephone:  334-279-0088
Telecopier: 334-279-8830


**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the foregoing on the attorneys indicated below by sending such to them via electronic filing, on this the 19th day of January 2008.

Paul A. Clark
Balch & Bingham, LLP     Pclark@balch.com
P. O. Box 78
Montgomery, AL 36104-3515

John T. Harmon       John.Harmon@usdoj.gov


        /s/ J. Knox Argo