IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

| | |
|---|---|
| REESE & HOWELL, INC. , )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>LEON CARMICHAEL, SR.; UNITED STATES OF AMERICA )<br>, )<br>Defendants, ) | CASE NO. 2:06cv998-WKW |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _the United States of America_, a _Defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

1/23/2008
Date

(Signature)
JOHN T. HARMON [HAR108]
(Counsel's Name)
United States of America
Counsel for (print names of all parties)
131 Clayton Street
Montgomery, Alabama 36101-0197
Address, City, State Zip Code
(334) 223-7280
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, JOHN T. HARMON _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 23rd day of January 20 08 to:

all parties of record

1/23/2008
Date

*(Signature)*
Signature