IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REESE & HOWELL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:06-cv-998-WKW |
| LEON CARMICHAEL, SR.; UNITED ) | |
| STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

Plaintiff Reese & Howell, Inc., in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Court No. 3047:

Reese & Howell is a privately held company incorporated by Pickett R. Reese and Frank E. Howell, Jr.  No other entities are reportable under Order No. 3047.

Respectfully submitted this 24th day of January, 2008.

        s/Joseph Seawell Moore
        One of the Attorneys for Plaintiff
        Reese & Howell, Inc.

189122.1

<u>OF COUNSEL</u>:
W. Joseph McCorkle (MCC056)
Paul A. Clark (CLA076)
Joseph Seawell Moore (MOO106)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## **CERTIFICATE OF SERVICE**

I certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

J. Knox Argo, Esq.
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, AL 36117

*Attorney for Leon Carmichael, Sr.*

John T. Harmon
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

*Attorney for United States of America*

                                        s/Joseph Seawell Moore
                                        Of Counsel

189122.1

2