IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REESE & HOWELL, INC. | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER: |
| | ) | 2:06-cv-00998 |
| LEON CARMICHAEL, et al | ) | |
| | ) | |
|    Defendant | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, J. DOYLE FULLER, attorney, and files herein his appearance of additional co-counsel for and in behalf of the Plaintiff in the above referenced matter.

Counsel, in making this appearance, requests:

1. That all notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That name of counsel be entered herein on the appropriate court records and that he be designated as co-counsel of record.

Respectfully submitted this the 19th day of February, 2008.

                                                /s/  J. Doyle Fuller
                                              J. DOYLE FULLER
                                              Attorney for Plaintiff

LAW OFFICE OF J. DOYLE FULLER, P.C.
2851 Zelda Road
Montgomery, Alabama 36106
334-270-0020
334-270-9848 *fax*
jdf@jdoylefuller.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the following:

```
James Knox Argo
Knox Argo & Warren
6706 Taylor Circle
Montgomery, AL 36117

John Thomas Harmon
US Attorneys Office
P.O. Box 197
Montgomery, AL 36101
```

by electronic transmission on this the 19th day of February, 2008.


                                        J. Doyle Fuller
                                        OF COUNSEL