IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REESE & HOWELL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER: |
| | ) | 2:06-cv-00998 |
| LEON CARMICHAEL, et al | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to this Court's Order of February 28, 2008 (Doc#19), the Plaintiff submits this report on the remaining issues in this case.

As the Court well knows this is an action for enforcement and establishment of a materialman's (mechanic's) lien. The underlying claim however, grounds in open account and contract.

This Court's Order of February 28, 2008, established the lien and entered judgment on the underlying contract for the principal amount owed under the contract with interest at the contract rate of eighteen (18%) percent.

It is the Plaintiff's view that only two issues remain. They are:

1. Under the provisions of §8-8-10 Ala.Code 1975, interest on a judgment for breach of contract, where the contract specifies an interest rate, bears interest at the contract rate "from the date of the cause of action." Thus, the Court needs to address the question of whether interest continues at the rate of 18% per annum until paid.

2. The contract at issue also calls for the payment of attorney's fees. Therefore, the Court will need to address that issue.

   The Plaintiff intends to file a Motion for Award of Attorney's fees in the next few days.

It is suggested that the Court then set a hearing upon that motion.

   Upon disposition of the above issues, this case will then be fully adjudicated.

Respectfully submitted this the 10th day of March, 2008.

            /s/  J. Doyle Fuller
            J. DOYLE FULLER
            Attorney for Plaintiff

Of Counsel:
J. Doyle Fuller
LAW OFFICE OF J. DOYLE FULLER, P.C.
2851 Zelda Road
Montgomery, Alabama 36106
334-270-0020
334-270-9848 *fax*
jdf@jdoylefuller.com

Joseph W. McCorkle
Paul A. Clark
BALCH & BINGHAM
P.O. Box 78
Montgomery, Alabama  36104-0078

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing Notice of Appearance upon the following:

```
James Knox Argo
Knox Argo & Warren
6706 Taylor Circle
Montgomery, AL 36117

Tommie B. Hardwick
US Attorneys Office
Room 201
P.O. Box 197
Montgomery, AL 36101
```

by electronic transmission on this the 10th day of March, 2008.

                                    <u>J. Doyle Fuller</u>
                                    OF COUNSEL