IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REESE & HOWELL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-998-WKW |
| ) | |
| LEON CARMICHAEL, SR., ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion for Award of Attorneys' Fees (Doc. # 23), it is

ORDERED that the defendants shall file a responsive brief **on or before April 28, 2008.**

DONE this 17th day of April, 2008.

　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE