IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REESE & HOWELL, INC. | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 2:06-cv-998-WKW |
| | ) | |
| LEON CARMICHAEL, SR.; | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Defendants. | ) | |

## UNITED STATES' RESPONSE TO FINAL JUDGMENT (DOC. #21)

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, and Tommie Brown Hardwick, Assistant United States Attorney, and in response to the Final Judgment (Doc. #21) entered on April 10, 2008, submits the following:

1.   The United States respectfully acknowledges that Reese & Howell, Inc. has a lien in the Judgment amount of $330,503.66 plus interest at the rate of $89.93 per day from February 28, 2008, until paid, against the proceeds of sale from The Carmichael Center. (Doc. #849 and #860).

2.   To comply with this Court's order, on April 14, 2008, the United States filed its motion for final order of forfeiture as to The Carmichael Center, wherein, the United States requested payment of the Reese & Howell, Inc. Judgment from the escrowed funds now in the possession of the United States Marshal.

Respectfully submitted on this 17th day of April, 2008.


LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney