IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REESE & HOWELL, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv998-WKW |
| ) | |
| **LEON CARMICHAEL, SR,;** ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Comes now, the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and Reese & Howell, Inc., by and through their respective attorneys, Paul A. Clark of Balch & Bingham, LLP and J. Doyle Fuller, and hereby state as follows:

1.  The parties respectfully move the Court to dismiss this case with prejudice.

2.  As grounds, the parties would show that all issues in this case have been resolved related to the materialmen's lien, that is, a Final Judgment (Doc. #21) including interest, and all attorney's fees pursuant to a motion for attorney's fees filed on April 15, 2008, (Doc. #23),

3.  All parties will bear their own costs.

4.  A proposed Order is attached.

In compliance with CM/ECF Civil Administrative Procedure II.C.3., the parties hereby certify that they have agreed to have their names electronically signed to this Joint Stipulation of Dismissal.

```
                                    FOR THE UNITED STATES ATTORNEY
                                         LEURA G. CANARY


Date: 04/21/08                      /s/Tommie Brown Hardwick
                                    TOMMIE BROWN HARDWICK
                                    Assistant United States Attorney
                                    Attorney for Defendant
                                    United States of America



Date: 04/21/08                      /s/J. Doyle Fuller
                                    J. DOYLE FULLER
                                    Attorney for Petitioner
                                    Reese & Howell, Inc.



Date: 04/21/08                      /s/Paul A. Clark
                                    PAUL A. CLARK
                                    Attorney for Petitioner
                                    Reese & Howell, Inc.
```

Address of Counsel:

For the United States:
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560

For Petitioner:
2851 Zelda Road
Montgomery, Alabama 36106
Telephone: (334) 270-0020
E-mail: jdf@jdoylefuller.com

Balch & Bingham
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36101-0078
Telephone: (334) 834-6500

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

**REESE & HOWELL, INC.**         )
                                 )
    Plaintiff,                  )
                                 )
v.                               )    CIVIL ACTION NO. 2:06cv998-WKW
                                 )
**LEON CARMICHAEL, SR,;**        )
**UNITED STATES OF AMERICA**     )
                                 )
    Defendant.                  )

## O R D E R

Based on the Joint Stipulation of Dismissal filed by the parties, it is hereby ORDERED and ADJUDGED that this action be dismissed, with prejudice. Each party will bear their own costs.

SO ORDERED this _____ day of _____, 2008.

 

_____
UNITED STATES DISTRICT JUDGE