IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REESE & HOWELL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-998-WKW ) |
| LEON CARMICHAEL, SR., UNITED STATES OF AMERICA, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc .# 26) of all claims, including attorney fees, it is ORDERED that this action is DISMISSED with prejudice, the Motion for Award of Attorneys' Fees (Doc. # 23) is DENIED as MOOT, and the parties shall bear their own costs.

DONE this 2nd day of July, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE